UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON PECK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 18-615-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AIR EVAC EMS, INC., d/b/a | ) | **ORDER** |
| AIR EVAC LIFETEAM, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties were directed to explain whether they had complied with the notice requirements set forth in 28 U.S.C. § 1715(b). In response, they filed a joint notice indicating that they had not submitted the proper notices to the appropriate state and federal officials, but served the notices by federal express yesterday. [Record No. 31] The parties request that the Court still hold the final fairness hearing on October 16, 2019, but delay ruling on the matter until after January 8, 2020.

The purpose of requiring notice to the appropriate federal and state officials is to "encourage government regulators to participate in reviewing settlements and lend their expertise (and perhaps an adversarial note) to the fairness hearing." Barbara J. Rothstein & Thomas E. Willging, Managing Class Action Litigation: A Pocket Guide for Judges (2005), https://www.uscourts.gov/sites/default/files/classgde.pdf. Accordingly, the Court will reject the parties request and reschedule the hearing to give the appropriate officials time to adequately address the proposed settlement and participate in the final fairness hearing, if appropriate.

- 2 -

Being sufficiently advised, it is hereby

**ORDERED** that the final fairness hearing scheduled for October 16, 2019, is **CONTINUED** to **Friday, January 17, 2020**, beginning at the hour of **1:00 p.m**., at the United States Courthouse in Lexington, Kentucky.

Dated: October 11, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky